**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> By **April 27, 2023**, Defendant shall file a response to Plaintiff's letter-motion at ECF No. 18.
>
> SO ORDERED      4/25/2023
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Senior v. Beldinest, Inc.,*
      Case No.: 1:22-cv-6025-CM-SLC

Dear Judge Cave,

      In light of Your Honor's Order on April 20, 2023, (Dkt. 17), Frank Senior, on behalf of himself and all other persons similarly situated ("Plaintiff") respectfully submits this status report to make Your Honor and this Court aware that the Defendant has again failed to timely comply with Your Honor's Order and discovery deadlines. The Defendant was directed to submit responses to the Plaintiff's Interrogatories and Request for Production of Documents by April 21, 2023. The Plaintiff has still not received any response even after emailing the Defendant to remind him of the Court ordered deadline. The Plaintiff has exhausted all judicial remedies and believes that the Defendant's blatant disregard for deadlines in this matter along with many other occasions warrants sanctions pursuant to Fed. R. Civ. Pro. Rule 37.(a.)(III.)

      This is just a sample of the many occasions that Defendant's counsel has failed to respond to discovery in a timely fashion, has failed to respond to discovery after a good faith effort to resolve, and required judicial intervention in order to respond to discovery. Pursuant to Your Honor's Individual Motions Practices and Rule, this letter represents a detailing of the issues involved. Plaintiff respectfully requests that the Court compels the Defendant to immediately comply with the discovery and impose sanctions.

      We sincerely thank Your Honor and this Court for its time and attention to this matter.