UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK SENIOR, on behalf of himself and all other persons similarly situated,

                Plaintiff,

-v-

BELDINEST, INC.,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 6025 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties having reached a settlement in principle (ECF No. 20), Plaintiff's pending letter-motion at ECF No. 18 is DENIED as moot. The deadlines and obligations set forth in the Amended Case Management Plan (ECF No. 17) are ADJOURNED sine die.

The Clerk of Court is respectfully directed to close ECF No. 18.

Dated:      New York, New York
             May 19, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**